UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
WAYNE E. COUSIN,  :
                               Plaintiff,  :        20 Civ. 2661 (LGS)
      -against-  :        <u>ORDER</u>
GORDON & SILBER, P.C., ET AL.,  :
                           Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the affidavits of service at Docket Nos. 10 and 11 require that Defendant Arthur Cohen respond to the Complaint by May 6, 2020, and that Defendant Gordon & Silber, P.C. respond to the Complaint by April 24, 2020;

    WHEREAS, Defendant Arthur Cohen timely filed a pre-motion letter on May 1, 2020. Defendant Gordon & Silber, P.C. has not timely appeared or responded to the Complaint. It is hereby

    **ORDERED** that, by **May 8, 2020**, Plaintiff shall file a response to Defendant Cohen's pre-motion letter. The initial pre-trial conference scheduled for May 21, 2020, shall also serve as a pre-motion conference. It is further

    **ORDERED** that, if Plaintiff is in communication with Defendant Gordon & Silber, P.C., Defendant Gordon & Silber, P.C. shall respond to the Complaint as soon as possible and no later than **May 8, 2020**. If Plaintiff is *not* in communication with Defendant Gordon & Silber, P.C., Plaintiff shall file a letter by **May 8, 2020**, advising whether it will move for default judgment against Defendant Gordon & Silber, P.C. in accordance with the Individual Rules, Attachment A.

Dated: May 1, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE