UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
WAYNE E. COUSIN,                              :
                                              :
                               Plaintiff,        :         20 Civ. 2661 (LGS)
                                              :
           -against-                        :              ORDER
                                              :
GORDON & SILBER, P.C., et al.,                :
                                              :
                          Defendants.       :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial and pre-motion conference in this matter is scheduled for May 21, 2020;

      WHEREAS, no significant issues were raised in the parties' joint letter, proposed case management plan and pre-motion letters.  It is hereby

      **ORDERED** that the May 21, 2020, conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan will issue in a separate order.  The parties should be aware that the Court does not extend the deadlines for discovery absent compelling circumstances, and the pendency of a motion to dismiss does not stay discovery.  It is further

      **ORDERED** that Plaintiff shall file an Amended Complaint by **May 25, 2020**, as suggested in his response to Defendant Arthur Cohen's pre-motion letter.  Defendants shall answer or respond by **June 15, 2020**.  If Defendant Cohen intends to proceed with a motion to dismiss the Amended Complaint, he shall file a pre-motion letter, proposing a motion to dismiss and briefing schedule, preferably on consent of Plaintiff, in accordance with Individual Rule III.C.2.  Plaintiff shall file a response letter by **June 19, 2020**.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge, they shall file a joint letter on ECF requesting a referral.  It is further

**ORDERED**, that the parties shall submit a joint proposed protective order permitting redaction in court filings of confidential dollar amounts, including provisions for filing under seal, or in the event the parties cannot agree, any request for redactions and filing under seal shall be made in accordance with Individual Rule I.D.

Dated: May 18, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE