WAYNE E. COUSIN, ESQ.<br>
4 Logan Lane<br>
Manalapan, NJ 07726<br>
(646) 656-1856

September 4, 2020

**VIA ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re: Cousin v. Gordon & Silber, P.C. and Cohen
             Index No.: 1:20-cv-02661-LGS

Dear Judge Schofield:

  I am the plaintiff in the above referenced contract matter. Please allow this correspondence to serve as a request for extension of time to file the letter opposition to plaintiff's September 1, 2020 discovery letter motion in order to address the list of issues set forth in defendant Gordon & Silber's August 28, 2020 "good faith" letter seeking further responses to their discovery demands.

  I have spoken with counsel for Gordon & Silber, who has agreed to a 2 week extension of time to address issues raised in the letter. As such, I respectfully request an extension of time to file the letter opposition to September 21, 2020 assuming the parties do not work out the issues related to the defendant's letter motion prior to that time.

  Thank you for your kind consideration.

              Respectfully submitted,

              _____
              Wayne E. Cousin
              Plaintiff

---

Application GRANTED in part. The discovery application at Dkt. No. 43 is DENIED without prejudice to renewal.

The parties shall meet and confer on the issues raised in the discovery application, and if they are unable to resolve the matter, the parties shall file a single letter not to exceed five (5) pages by **September 15, 2020**, outlining the outstanding discovery issues, the parties' respective positions, and if necessary, requesting an extension to the September 18 discovery deadline per the Case Management Plan at Dkt. No. 22.

The Clerk of Court is respectfully directed to close Dkt. No. 43.

Dated: September 8, 2020
   New York, New York

                      LORNA G. SCHOFIELD
                   UNITED STATES DISTRICT JUDGE