UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WAYNE E. COUSIN,
                               Plaintiff,                20 Civ. 2661 (LGS)

           -against-                                ORDER

GORDON & SILBER, P.C., et al.,

                            Defendants.
------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the September 18, 2020, Amended Case Management Plan (Dkt. No. 52) directed the parties to submit a status letter by October 2, 2020, as outlined in Individual Rule IV.A.2, and to advise the Court whether they request a referral for settlement discussions;

WHEREAS, have not submitted such status letter.  It is hereby

**ORDERED** that by **October 7, 2020**, the parties shall submit a status letter as outlined in Individual Rule IV.A.2 and shall advise the Court whether they request a referral for settlement discussions.  Failure to comply with court-ordered deadlines may result in sanctions or prejudice.

Dated: October 5, 2020
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**